UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THIRAWAT ATHIKULRAT,

                    Petitioner,

        v.

WARDEN, FEDERAL DETENTION
CENTER SEATAC,

                    Respondent.

CASE NO. 2:26-cv-01084-DGE-DWC

REPORT AND RECOMMENDATION

Noting Date: May 29, 2026

This federal habeas action filed pursuant to 28 U.S.C. § 2241 has been referred to United States Magistrate Judge David W. Christel. This matter is before the Court following Petitioner Thirawat Athikulrats's failure to file an amended petition by the required deadline. *See docket.*

## I.    DISCUSSION

Petitioner initiated this action on March 26, 2026. Dkt. 1. On April 2, 2026, the Court granted Petitioner leave to proceed *in forma pauperis*. Dkt. 2. The same day, the Court screened Petitioner's petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases ("Habeas Rules"). Dkt. 4. The Court noted several deficiencies in the petition. Specifically, the Court noted that although Petitioner signed the petition and included personal information, he failed to

REPORT AND RECOMMENDATION - 1

set forth any cognizable claims, factual allegations, or legal basis upon which relief could be granted. *Id.* Thus, Court declined to order service and instead directed Petitioner to file an amended petition that complied with the Habeas Rules not later than May 4, 2026. *Id.*

The Court advised Petitioner that this action may be dismissed if he failed to file an amended petition or adequately address the identified issues by the required deadline. *Id.* The deadline to file an amended petition has now passed, and the Court has not received an amended petition or any further filings from Petitioner. *See docket.*

## II.  CONCLUSION

Accordingly, the undersigned recommends this action be dismissed without prejudice for failure to comply with a court order and failure to properly prosecute this action.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **May 29, 2026**.

Dated this 8th day of May, 2026.

David W. Christel
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2