UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THIRAWAT ATHIKULRAT,

              Petitioner,

     v.

WARDEN, FEDERAL DETENTION
CENTER SEATAC,

              Respondent.

CASE NO. 2:26-cv-01084-DGE-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 5)**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation,[1] if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation. (Dkt. No. 5)

(2)     Petitioner has failed to file an amended petition by the required deadline, this action is therefore dismissed without prejudice for failure to prosecute and to comply with a court order.

(3)     The Clerk is directed to send copies of this Order to Petitioner and to the Hon. David W. Christel.

**DATED** this 2nd day of June, 2026.

---

[1] The docket indicates the Report and Recommendation was sent to the Petitioner but was returned as undeliverable. (Dkt. No. 6.) Unfortunately, Petitioner has not provided an updated address to receive correspondence.

ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 5) - 1

DAVID G. ESTUDILLO
United States District Judge